LEON LEIGHTON et al., as Trustees, Appellants, v. HERBERT BEARMAN, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH D. McGOLDRICK, as State Rent Administrator, Intervenor, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 72.]

■

STEPHEN J. PEIRANO, Respondent, v. AUGUSTUS SBARBORO, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Wenzel and Mac-Crate, JJ. [See *ante,* p. 698.]

■

ISIDORE SCHIMMEL, Individually and as a Member of Waiters and Waitresses Union, Local No. 2, an Unincorporated Association, et al., Appellants, v. NAT MESSING et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. Motion for reargument denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 674.]

■

HELEN CACHINSKI, Appellant, v. BENJAMIN CACHINSKI, Respondent.— In this action by a wife for separation, in which defendant counterclaims for a divorce, plaintiff appeals from three orders: (1) an order, entered June 27, 1949, denying her temporary alimony and counsel fee; (2) an order, entered July 29, 1949, denying her motion to vacate a judgment dismissing her complaint for separation and granting the husband a divorce on his counterclaim, which judgment was entered upon her default in appearance at the trial; and (3) an order, entered September 3, 1949, denying her motion to resettle the order of July 29, 1949. Order entered June 27, 1949, reversed on the law and the facts, without costs, and the motion referred to the Trial Justice for determination. Order entered July 29, 1949, reversed on the law and the facts, without costs, motion to vacate the judgment granted, without costs, and the case restored to the calendar for trial. Under the circumstances of this case, plaintiff's default in not appearing at the trial on June 24, 1949, was the result of an honest mistake. Appeal from order entered September 3, 1949, dismissed, without costs. The order is not appealable. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

■

FAE CHERRY et al., Respondents, v. MOUNT VERNON CONTRACTING CORP., Appellant.— In an action to recover for property damage occasioned by blasting, order of the City Court of Mount Vernon denying motion to dismiss the complaint for insufficiency, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.